**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

MARCELO JEREMIAS FLORES-MARTINEZ,

Petitioner,

v.

TODD BLANCHE, *et al.*,

Respondents.

Case No. 5:26-cv-04802-JWH-BFM

**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records and files herein, and the Magistrate Judge's Report and Recommendation. No objections to the Report and Recommendation were filed. Good cause appearing therefor, the Court hereby **ORDERS** as follows:

1. The recommendations of the Magistrate Judge are **ACCEPTED** and **ADOPTED**.

2. The Petition is **GRANTED**.

3. Respondents are **DIRECTED** to release Petitioner **Marcelo Jeremias Flores-Martinez (A# 213-548-539)** forthwith.

4. Respondents are also **DIRECTED** to file a status report no later than September 21, 2026, confirming their compliance with this Order.

5. Judgment shall be entered consistent with this Order once such confirmation is received.

6. The Clerk is **DIRECTED** to serve this Order on all counsel or parties of record.

**IT IS SO ORDERED.**

Dated: September 17, 2026

John W. Holcomb
UNITED STATES DISTRICT JUDGE