JS-6

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

MARCELO JERAMIAS FLORES-MARTINEZ,

Petitioner,

v.

TODD BLANCHE, *et al.*,

Respondents.

Case No. 5:26-cv-04802-JWH-BFM

**JUDGMENT**

In accordance with the "Order Accepting Magistrate Judge's Report and Recommendation" entered on or about September 17, 2026, and pursuant to Rule 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the Petition is **GRANTED**.

**IT IS SO ORDERED.**

Dated: September 22, 2026

John W. Holcomb
UNITED STATES DISTRICT JUDGE